**BROCK & SCOTT, PLLC**
By: Andrew L. Spivack, Esquire Identification No.84439
2011 Renaissance Boulevard, Suite 100
King of Prussia, PA 19406
Telephone: (844) 856-6646
E-mail: Andrew.Spivack@pbrockandscott.com
*Attorneys for Freedom Mortgage Corporation*

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION<br><br>V.<br>LUIS MIGUEL RIVERA | CIVIL ACTION NO. 5:23-CV-01220 KBH<br><br>**INTERLOCUTORY APPEAL** |

TO:    Luis Miguel Rivera
       1925 Reading Avenue
       Reading, PA 19606

**PLEASE TAKE NOTICE** that the undersigned will apply to the Honorable Kelley Brisbon Hodge for an Order granting the Motion of Freedom Mortgage Corporation to Dismiss the action.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Movant will rely upon the Brief and Certification of Andrew L. Spivack, Esquire submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Movant hereby requests oral argument if the Motion is contested.

                                        BROCK & SCOTT, PLLC

                                        By: /s/Andrew L. Spivack
Dated:                                  Andrew L. Spivack, Esquire
                                        Attorneys for Freedom Mortgage Corporation